Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>    Defendants. | CASE NO.  2:23-cv-00294-MMD-EJY<br><br>**Joint Motion and Proposed Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Complaint**<br><br>**(Second Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("JPMC") response to Plaintiff Jennafer Aycock's complaint is due April 21, 2023.  JPMC has requested, and Plaintiff has agreed, that JPMC have up to and including May 12, 2023, to respond to Plaintiff's complaint.  This additional time will allow JPMC to continue investigating Plaintiff's allegations and for the Parties to continue discussing a possible settlement of Plaintiff's claims.

[continued on following page]

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 20, 2023

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 South Fort Apache Road, Suite 100<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: April 20, 2023