Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>　　　Defendants. | CASE NO.  2:23-cv-00294-MMD-EJY<br><br>**Joint Motion and Proposed Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to Plaintiff's Complaint**<br><br>**(Third Request)** |

Defendant JPMorgan Chase Bank, N.A.'s ("JPMC") response to Plaintiff Jennafer Aycock's complaint is due May 12, 2023.  JPMC has requested, and Plaintiff has agreed, that JPMC have up to and including May 26, 2023, to respond to Plaintiff's complaint.  This additional time will allow JPMC to continue investigating Plaintiff's allegations and for the Parties to continue discussing a possible settlement of Plaintiff's claims.

[continued on following page]

DMFIRM #407783098 v1

This is the Third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: May 12, 2023

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Gustavo Ponce |
| Joel E. Tasca | Gustavo Ponce |
| Nevada Bar No. 14124 | Nevada Bar No. 15084 |
| David E. Chavez | Mona Amini, Esq. |
| Nevada Bar No. 15192 | Nevada Bar No. 15381 |
| 1980 Festival Plaza Drive, Suite 900 | 6069 South Fort Apache Road, Suite 100 |
| Las Vegas, Nevada 89135 | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |
| *JPMorgan Chase Bank, N.A.* | |

**ORDER**

IT IS SO ORDERED:

/s/ Elayna J. Youchah
United States Magistrate Judge

DATED: May 15, 2023

DMFIRM #407783098 v1

2