Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>    Defendants. | CASE NO.  2:23-cv-00294-MMD-EJY<br><br>**Joint Motion to Strike Offer of Judgment** |

Defendant JPMorgan Chase Bank, N.A. ("JPMC") inadvertently filed a Fed. R. Civ. P. 68 Offer of Judgment on June 28, 2023.  *See* ECF No. 35.  Under Rule 68, an offer of judgment should be served upon an opposing party.  *See* Fed. R. Civ. P. 68(a).  The offer can be filed onto the docket only if it is accepted.  *See id.*

[continued on following page]

DMFIRM #407783098 v1

Because JPMC inadvertently filed the Fed. R. Civ. P. 68 Offer of Judgment, JPMC has requested, and Plaintiff has agreed, that JPMC's Offer of Judgment (ECF No. 35) be struck from the record. The Court is authorized to do so under the Local Rules. *See* LR IA 10-1(d). Thus, the parties respectfully request that the Court grant their motion.

Dated: June 28, 2023

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 South Fort Apache Road, Suite 100<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS HEREBY ORDERED that the Joint Motion to Strike (ECF No. 36) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must strike ECF No. 35 from the record.

_____
United States Magistrate Judge

DATED: June 28, 2023