Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com
*Attorneys for Plaintiff,*
*Jennafer Aycock*

UNITED STATES DISTRICT COURT

DISTRCIT OF NEVADA

| | |
|---|---|
| JENNAFER AYCOCK, <br><br> Plaintiff, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC., <br><br> Defendants. | Case No.:  2:23-cv-00294-MMD-EJY <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE TO DISMISS ACTION BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFROMATION SOLUTIONS, INC.** |

///

///

///

The dispute between Jennafer Aycock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. The Parties have reached settlement terms and have exchanged an approved copy of a settlement agreement. The Parties still need to exchange an executed copy of the settlement agreement along with accompanying obligations necessitated by the agreement. The parties have agreed to extend the deadline to file a dismissal of this matter with approval of the court to **January 16, 2024.**

DATED this 30th day of October 2023.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: */s/ Jennifer Braster*
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2023