**KAZEROUNI LAW GROUP, APC**
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq (SBN: 343430)
gustavo@kazlg.com
6787 W. Tropicana Ave. Ste, 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: mona@kazlg.com
         gustavo@kazlg.com

*Attorneys for Plaintiff,*
Jennafer Aycock

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNAFER AYCOCK,<br><br>**Plaintiff,**<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, INC.,<br><br>**Defendants.** | Case No.:  2:23-cv-00294-MMD-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, INC.** |

//
//
//
//
//
//

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JENNAFER AYCOCK ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, INC. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of December 2023.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
*Attorneys for Plaintiff*

DATED this 11th day of December 2023.

**CLARK HILL PLLC**

By: /s/ Gia Marina
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
*Attorneys for Defendant Equifax Information Services, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 12, 2023