Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana, Ave., Suite 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
         mona@kazlg.com

*Attorneys for Plaintiff,*
*Jennafer Aycock*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JENNAFER AYCOCK,** | Case No.:  2:23-cv-00294-MMD-EJY |
| **Plaintiff,** | |
| **vs.** | **STIPULATION TO EXTEND TIME TO FILE REPLIES TO DEFENDANT  JPMORGAN CHASE BANK, N.A.'S MOTION TO COMPEL DISCOVERY [ECF NO. 61]** |
| **JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,** | |
| **Defendants.** | |

STIPULATION TO EXTEND TIME

Plaintiff Jennafer Aycock ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant" and together with Plaintiff as the "Parties") hereby stipulate to extend the Plaintiff's response to Defendant motion to compel discovery responses (the "Motion"), which was filed December 15, 2023, ECF No. 61, as well as Defendant's reply in support of its Motion.

**Defendant JPMorgan Chase Bank, N.A.'s Motion to Compel Discovery Responses**

Defendant filed its motion to compel discovery responses (the "Motion") on December 15, 2023. ECF No. 61. Plaintiff's response to the Motion is due December 29, 2023. Defendant's reply in support of its Motion is due January 5, 2024.

**Stipulation**

On December 26, 2023, Joel Tasca, Esq., and Gustavo Ponce, Esq., met and conferred regarding the deadlines to respond to the Motion. Accordingly, the Parties stipulate to a 11 day extension for Plaintiff's response to the Motion, and Defendant to file its reply in support of the Motion. This is the Parties first stipulation to extend these deadlines.

///

///

///

STIPULATION TO EXTEND TIME

1    IT IS THEREFORE STIPULATED between the Parties as follows:

2       (1)     Plaintiff's response to the Motion will be due on or before **January 9,**

3       **2024**;

4       (2)     Defendant's reply in support of its Motion, will be due on or before

5       **January 22, 2024**.

6

7       Dated this 26th day of December 2023.

8    **KAZEROUNI LAW GROUP, APC**          **BALLARD SPAHR LLP**

9

10   /s/ Gustavo Ponce                      /s/ Joel Tasca
     Gustavo Ponce, Esq.                    Joel Tasca, Esq.
     Mona Amini, Esq.                       David Chavez, Esq.
11   6787 W. Tropicana Avenue, Ste 250      1980 Festival Plaza Drive, Suite 900
     Las Vegas, NV 89103                    Las Vegas, NV 89135
12

13   **Counsel for Plaintiff Jennafer**     **Counsel for JPMorgan Chase Bank,**
     **Aycock**                             **N.A.**

14

15

16

17

18                                  **ORDER**

19   IT IS SO ORDERED.

20

21

22                                  UNITED STATES MAGISTRATE JUDGE

23                                  Dated: December 26, 2023

24

25

26

27

28

STIPULATION TO EXTEND TIME