Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>　　　　Defendants. | CASE NO.  2:23-cv-00294-MMD-EJY<br><br>**Joint Motion and** ~~Proposed~~ **Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Respond to ECF No. 68**<br><br>**(First Request)** |

Currently pending before the court is a motion to compel by plaintiff Jennafer Aycock ("Plaintiff"). ECF No. 68.  The motion was filed on January 5, 2024, and the operative deadline for a response by defendant JPMorgan Chase Bank, N.A. ("JPMC") is January 19, 2024.

JPMC has requested, and Plaintiff has agreed, that this deadline be extended up to and including January 26, 2024.  JPMC asserts that there is good cause to grant this extension due to the delays caused by the Martin Luther King, Jr. holiday on January 15, and unanticipated familial obligations that required JPMC's counsel to take time off from work on January 12.  This is the first request for an extension of this deadline.

DMFIRM #410981076 v1

This request is made in good faith and not for purposes of delay.

Dated: January 18, 2024

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 South Fort Apache Road, Suite 100<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 19, 2024

DMFIRM #410981076 v1    2