Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>    Defendants. | CASE NO.  2:23-cv-00294-MMD-EJY<br><br>**Joint Motion and ~~Proposed~~ Order to Extend JPMorgan Chase Bank, N.A.'s Deadline to Reply to ECF No. 72**<br><br>**(Second Request)** |

Currently pending before the court is a motion to compel by defendant JPMorgan Chase Bank, N.A. ("JPMC"). ECF No. 61.  The motion was filed on December 17, 2023. *Id.*  The original deadline for plaintiff Jennafer Aycock's ("Plaintiff") response was January 1, 2024, but this deadline—and the associated deadline for JPMC's reply—was extended pursuant to a stipulation by the Parties and granted by this Court. ECF No. 63.  Now, the operative deadline for JPMC's reply is January 22, 2024. *Id.*

JPMC has requested, and Plaintiff has agreed, that the January 22 deadline be extended up to and including January 26, 2024.  JPMC asserts that there is good cause to grant this extension due to the delays caused by the Martin Luther King, Jr. holiday on January 15, and unanticipated familial obligations that required JPMC's counsel to take time off from work on January 12.  This is the second request for an

DMFIRM #410981083 v1

extension of the reply deadline.

This request is made in good faith and not for purposes of delay.

Dated: January 18, 2024

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 South Fort Apache Road, Suite 100<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 19, 2024