David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jennafer Aycock,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,<br><br>    Defendants. | CASE NO. 2:23-cv-00294-MMD-EJY<br><br>Order Granting Joint Motion and Proposed Order to Extend Deadline for Dismissal Documents<br><br>(First Request) |

The parties filed a Notice of Settlement on May 9, 2024. The following day, the Court entered an order directing the parties to file dismissal documents by August 7, 2024. JPMC has requested, and Plaintiff has agreed, that this deadline be extended up to and including September 6, 2024. JPMC asserts that there is good cause to grant this extension due to delays caused by unexpected travel and familial obligations for Defendant's counsel. The additional time will allow the parties to finish memorializing their agreement in principle in written settlement agreement.

DMFIRM #413359037 v1

This request is made in good faith and not for purposes of delay.

Dated: August 7 2024

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ David E. Chavez<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6940 S. Cimarron Road, Ste 210<br>Las Vegas, NV 89113<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

DATED: August 7, 2024