1  David E. Chavez
   Nevada Bar No. 15192
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   chavezd@ballardspahr.com
5
   *Attorney for Defendant*
6  *JPMorgan Chase Bank, N.A.*

7

8                 **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 | Jennafer Aycock,                                  | Case No.   2:23-cv-00294-MMD-EJY

11 |     Plaintiff,                                    | **Order Granting Joint Motion to Dismiss Claims Against JPMorgan Chase Bank, N.A.; and Counterclaims Against Plaintiff**

12 | v.

13 | JPMorgan Chase Bank, N.A.; Experian Information Solutions, Inc.; Trans Union, LLC; Equifax Information Services, Inc.,

14

15 |     Defendants.

16     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, defendant JPMorgan Chase Bank, N.A. ("JPMC"), and plaintiff Jennafer Aycock ("Plaintiff"), jointly move for the dismissal with prejudice of: Plaintiff's claims against JPMC; and JPMC's counterclaims against Plaintiff.

[continued on following page]

Each party shall bear their own costs and attorneys' fees.

Dated:  October 31, 2024

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| By:  /s/ David Chavez<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant* | By:  /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6069 South Fort Apache Road, Suite 100<br><br>*Attorneys for Plaintiff* |

**Order**

**IT IS SO ORDERED.**

DATED this 4th day of November 2024.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that on the 31st day of October 2024, a true and correct copy of the foregoing document was served to the following all parties via the CM/ECF, e-filing and service system.

/s/ M.K. Carlton
An employee of BALLARD SPAHR LLP

DMFIRM #414099152 v1          3